**Walter Volman and Paul F. Tuerk, copartners, trading as Lotus Manufacturing Company, appellees, v. R. E. Gebhardt, appellant. Gen. No. 28,844.**

Action to recover contract price of goods manufactured under agreement to take entire output. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Wolfsohn & Fireman, for appellant.   Rosenthal, Kurz & Tiedebohl, for appellees.
Mr. Justice Fitch delivered the opinion of the court.